AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts Southern
District of Texas
FILED

*June 28, 2023*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
| v. | ) | |
| Armando Pacheco | ) | Case No. M-23-1169-M |
| YOB: 1999 | ) | |
| Citizenship: United States | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 28, 2023___ in the county of ___Hidalgo___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 554 | Did knowingly and willfully attempt to export or send from the United States, any article, or object, to wit: one (1) firearm; one (1) magazine; and 92 rounds of ammunition, as defined by the Commerce Control List, contrary to any law or regulation of the United States, in that the Defendant had not obtained a license or written authorization for such export, in violation of Title 50, US Code, Section 4819 and Title 15, Code of Federal Regulations, Section 730 et. seq., all in violation of Title 18, US Code, Section 554. |

This criminal complaint is based on these facts:

See Attachment "A'

☑ Continued on the attached sheet.

Approved by AUSA Devin Walker

Sworn to and executed by reliable
electronic means, and attested
telephonically per Fed. R. Cr. 4.1,
and probable cause found on:

/s/ Juan J. Flores Jr.
*Complainant's signature*

Juan J. Flores, Jr., HSI Special Agent
*Printed name and title*

Date: ___06/28/2023 **10:08 PM**___

*Judge's signature*

City and state: ___McAllen, Texas___

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

**Attachment A**

On June 28, 2023, Armando PACHECO arrived at the Hidalgo port of entry
in Hidalgo, Texas driving a Nissan Pathfinder.  PACHECO was traveling in
the southbound lanes leading to Mexico.  U.S. Customs and Border
Protection (CBP) officers contacted PACHECO prior to exiting the United
States and asked the subject if he was transporting firearms, ammunition, or
monetary instruments exceeding $10,000 (USD).  PACHECO provided a
negative oral declaration to that effect.

CBP officers performed a thorough inspection of the vehicle and discovered one
(1) Taurus Millennium Pro PT 140, .40 caliber semiautomatic pistol; one (1)
magazine with a 10 round capacity; and approximately ninety-two (92) rounds
of .40 caliber ammunition.  The firearm was concealed in the air filter area of the
vehicle and the ammunition was concealed inside socks in the taillight area.

Homeland Security Investigations Special Agents advised PACHECO of his
Miranda Rights in the English language. PACHECO provided a written waiver of
his right to counsel and agreed to answer the agents' questions.  During the course
of the interview, PACHECO stated that he was aware that it was illegal to smuggle
firearms and ammunition out of the United States.  PACHECO stated that he
attempted to smuggle the weapon and ammunition into Mexico for protection in
Mexico.

PACHECO does not possess a license from the United States government to
export firearms.